[Nos. 26300-5-I; 26471-1-I.  Division One.  May 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ANDREW DICK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES HUNT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 89-1-05809-6, Carmen Otero, J., entered August 1, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, A.C.J., and Agid, J.

[No. 27869-0-I.  Division One.  May 4, 1992.]

RxAF, INC., *Respondent*, v. GRANDMORE INVESTORS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-07916-3, Richard F. Broz, J. Pro Tem., entered January 15, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Kennedy, JJ.

[No. 26716-7-I.  Division One.  May 4, 1992.]

BETH J. CAMPBELL, *Appellant*, v. ALBERT A. SANDERS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No 88-2-04430-9, Bobbe J. Bridge, J., entered July 9, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Kennedy and Agid, JJ.